IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 26 2010
THOMAS K. KAHN
CLERK

No. 08-16851

---

IRONWORKERS LOCAL UNION 68 AND PARTICIPATING
EMPLOYERS HEALTH AND WELFARE FUNDS,
on behalf of themselves and all others similarly situated, et al.,

Plaintiffs-Appellants,

versus

ASTRAZENECA PHARMACEUTICALS, LP,
ASTRAZENECA PLC, et al.,

Defendants-Appellees,

MDL-1796 PERSONAL INJURY PLAINTIFFS,

Interested Party.

---

On Appeal from the United States District Court
for the Middle District of Florida

---

ORDER:

Appellants' Unopposed Motion for Extension of Time from the Court's

Order dated December 11, 2009 deadline date of January 13, 2010 to extend it by

fourteen (14) days from January 13, 2010 to January 27, 2010 is GRANTED.

John Ley
Acting Clerk of the United States Court of
Appeals for the Eleventh Circuit

**ENTERED FOR THE COURT - BY DIRECTION**

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**John Ley**
Acting Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

January 26, 2010

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 08-16851-V**
Case Style: Ironworkers Local Union 68 v. Astrazeneca Phar.
District Court Number: 07-05000 CV-ORL-23DAB ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

John Ley, Acting Clerk of Court

Reply To: Joyce Pope (404) 335-6213

MOT-2 (10-2009)