# United States Court of Appeals
## For the Eleventh Circuit

No. 08-16851

District Court Docket No.
07-05000-CV-ORL-23DAB

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Mar 11, 2011
JOHN LEY
CLERK

IRONWORKERS LOCAL UNION 68 AND PARTICIPATING
EMPLOYERS HEALTH AND WELFARE FUNDS,
on behalf of themselves and all others
similarly situated,
IRONWORKERS LOCAL UNION NO. 399 AND PARTICIPATING
EMPLOYERS HEALTH AND WELFARE FUNDS,
on behalf of themselves and all others
similarly situated,
IRONWORKERS DISTRICT COUNCIL OF PHILADELPHIA AND
VICINITY BENEFIT AND PENSION PLAN,
on behalf of themselves and all others
similarly situated,
INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
LOCAL 98,
TEAMSTERS JOINT COUNCIL LOCAL NO. 53 RETIREE HEALTH
& WELFARE FUND,

Plaintiffs-Appellants,

versus

ASTRAZENECA PHARMACEUTICALS, LP,
ASTRAZENECA PLC,
ASTRAZENECA LP,
PAREXEL INTERNATIONAL CORP.,

Defendants-Appellees,

MDL-1796 PERSONAL INJURY PLAINTIFFS,

Interested Party.

----------------------------------------------------------------
Appeal from the United States District Court
for the Middle District of Florida
----------------------------------------------------------------

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit
By: _____
Deputy Clerk
Atlanta, Georgia

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
APR 1 1 2011
U.S. COURT OF APPEALS
ATLANTA GA

Entered: March 11, 2011
For the Court: John Ley, Clerk
By: Patch, Jeffrey

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

April 11, 2011

Sheryl L. Loesch
Clerk, U.S. District Court
401 W CENTRAL BLVD STE 1-200
Orlando FL 32801-0120

**Appeal Number: 08-16851-CC**
Case Style: Ironworkers Local Union 68 v. Astrazeneca Phar.
District Court Number: 07-05000 CV-ORL-23DAB

FILED
2011 APR 13 PM 1:12
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's decision</u>, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

John Ley, Clerk of Court

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (06/2006)